UNITED STATES of America,
Plaintiff–Appellee,

v.

Corey Miquel HINTON, Jr.,
Defendant–Appellant.

No. 10–10333
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Oct. 12, 2010.

A. Brian Albritton, U.S. Attorney's Office, David Paul Rhodes, United States Attorney's Office, Tampa, FL, Vincent A. Citro, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Thomas H. Dale, Dale Law Firm, P.A., Orlando, FL, for Defendant–Appellant.

Before CARNES, MARCUS and HILL, Circuit Judges.

PER CURIAM:

Thomas Dale, appointed counsel for Corey Hinton, Jr., has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18

---

L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Hinton's conviction and sentence are **AFFIRMED.**